ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*
*and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, AND FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Plaintiff, <br><br> vs. <br><br> DECATUR MOUNTAIN VILLAS HOMEOWNERS' ASSOCIATION, INC. AND G.J.L., INCORPORATED D/B/A PRO FORMA LIEN & FORECLOSURE SERVICES. <br><br> Defendants. | Case No.: 2:16-cv-02765-APG-NJK <br><br> **STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST** |

Plaintiffs Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing, LP (**BANA**) and Federal National Mortgage Association (**Fannie Mae**) and defendant Decatur Mountain Villas Homeowners Association (**Decatur**), through their counsel of record, being the only parties to have appeared in this action, stipulate as follows:

1.     This matter relates to real property located 4852 Partegus Street, North Las Vegas, Nevada, 89031, APN 124-31-415-001 (the **Property**).  The Property is more specifically described as:

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Parcel One (1):

An undivided 1/50th interest (except Association Property) in the Common Elements, sometimes Common Areas, within Phase 1 of Decatur Mountain Villas (A Condominium Development and Common Interest Community), as shown by map thereof on file in Book 107 of Plats, Page 59, in the Office of the County Recorder, Clark County, Nevada.

Excepting Therefrom all Living Units and Association Property in Phase 1 of Decatur Mountain Villas, (A Condominium Development and Common Interest Community).

And Reserving Therefrom the right to possession of all those areas designated as Limited Common Elements, sometimes Exclusive Use Areas, within the Common Elements, as shown on the Condominium Plat referred to above.

And Further Reserving Therefrom for the benefit of the Owners of Condominiums in subsequent phases, a non-exclusive easement on, over and across the Private Drive and Recreational Areas as defined and shown upon the Plat referred to above for ingress, egress and recreational use, subject to the Declaration of Covenants, Conditions and Restrictions for Decatur Mountain Villas Homeowners Association recorded April 22, 2003 in Book 20030422 as Document No. 01346 and Amended and Restated Declaration of Covenants, Conditions and Restrictions for Decatur Mountain Villa, recorded July 17, 2003 in Book 20030717 as Document No. 00855 of Official Records, to which reference is hereafter made.

Parcel Two (2):

Living Unit A in Building 1 of Decatur. Mountain Villa (A Condominium Development and Common Interest Community),.as shown by map referred to above.

Parcel Three (3):

The exclusive right to use, possession and occupancy of those portions of the Limited Common Elements, sometimes Exclusive Use Areas, within the Common Elements, described upon the plat and as referred to in Section 9.6(b) of the Declaration, which are appurtenant to and for the exclusive use of Parcel I & II.

Parcel Four (4):

A non-exclusive easement in ingress, egress and recreational use on and over the Private Drives and Recreational Areas of Horizon Hills, as shown by map referred to above, and future units, which easement is appurtenant to Parcel One (1), Two (2) and Three (3) described above.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2.      BANA, as servicer for Fannie Mae, is the beneficiary of record of a Deed of Trust that encumbers the Property and was recorded on November 16, 2004, as Document Number 20041116-0004693, in the Official Records of Clark County, Nevada (the **Deed of Trust**).

3.      On September 26, 2012, Decatur recorded a Foreclosure Deed as Document Number 201209260003385 of the Official Records of Clark County, Nevada (the **HOA Foreclosure Deed**), reflecting that Decatur purchased the Property at its foreclosure sale of the Property conducted on September 13, 2012 (the **HOA Sale**). Decatur has not transferred its interest in the Property and is still the title holder of record.

4.      On December 2, 2016, BANA and Fannie Mae initiated a quiet title action against Decatur in the United States District Court, District of Nevada, Case No. 2:17-cv-02765 (the **Quiet Title Action**).

5.      Fannie Mae, BANA, and Decatur have entered a confidential settlement agreement in which they have settled all claims between them in this case.  This stipulation and order applies to the matters addressed in this particular case only and has no relevance to any other matter.

/ / /

/ / /

/ / /

/ / /

/ / /
/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

6.     The Deed of Trust survived and was not extinguished in any capacity by the HOA Sale. The Deed of Trust remains a valid encumbrance against the Property following the recording of the HOA Foreclosure Deed, and Decatur's interest in the Property is subject to the Deed of Trust.

Dated: March 29, 2018.

AKERMAN LLP

/s/ *Vatana Lay*
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Vatana Lay, Esq.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:     (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  vatana.lay @akerman.com
*Attorneys for Plaintiffs Bank of America,*
*N.A. and Federal National Mortgage*
*Association*

Dated: March 29, 2018.

LIPSON NEILSON COLE SELTZER & GARIN, P.C.

/s/ *Karen Kao*
Karen Kao, Esq.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
Telephone:  (702) 382-1500
Facsimile:   (702) 382-1512
*Attorneys    for    Decatur    Mountain    Villas*
*Homeowners Association*

## ORDER

Based on the above stipulation between plaintiffs Bank of America, N.A. (**BANA**) Federal National Mortgage Association (**Fannie Mae**) and defendant Decatur Mountain Villas Homeowners Association (**Decatur**), the Parties' agreement, and good cause appearing therefore,

IT IS ORDERED that the Deed of Trust recorded in the Official Records of Clark County, Nevada against the real property located 4852 Partegus Street, North Las Vegas, Nevada, 89031, APN 124-31-415-001 (the **Property**) on November 16, 2004, as Document Number 20041116-0004693, was not extinguished, impaired, or otherwise affected by the foreclosure sale of the Property conducted by Decatur on September 13, 2012 or the recording of the HOA Foreclosure Deed in the Official Records of Clark County, Nevada, on September 26, 2012, as Document Number 201209260003385, reflecting that Decatur purchased the Property at the foreclosure sale. Decatur's ownership interest in the Property is subject to the Deed of Trust.

IT IS FURTHER ORDERED that Plaintiffs shall be entitled to record this STIPULATION AND ORDER CONFIRMING VALIDITY OF DEED OF TRUST in the Official Records of Clark County, Nevada in accordance with the rules of the Recorder's Office.

IT IS FURTHER ORDERED that this order constitutes the final judgment of this Court, resolving all claims in this case with prejudice, each party to bear its own fees and costs.

Dated: March 30, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted by:

AKERMAN LLP

 /s/ *Vatana Lay*
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Vatana Lay, Esq.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
ariel.stern@akerman.com
vatanal.ay@akerman.com
*Attorneys for Plaintiffs Bank of America, N.A.*
*and Federal National Mortgage Association*

APN 124-31-415-001
43501719;1