# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>DECATUR MOUNTAIN VILLAS HOMEOWNERS ASSOCIATION, INC. and G.J.L, INCORPORATED,<br><br>Defendants. | Case No. 2:16-cv-02765-APG-NJK<br><br>**ORDER FOR STATUS REPORT REGARDING REMAINING DEFENDANT** |

I recently granted a stipulation between the plaintiffs and defendant Decatur Mountain Villas Homeowners Association, Inc. that resolved the dispute between those parties. ECF No. 25. However, the stipulation did not refer to defendant G.J.L., Incorporated. That defendant was served by publication in July 2017 and never made an appearance in the case. It is unclear whether the stipulation was meant to also resolve claims against G.J.L. or whether the plaintiffs intend to take any further action to prosecute this case against G.J.L.

IT IS THEREFORE ORDERED that on or before April 27, 2018, plaintiffs shall file a status report regarding whether this action should also be dismissed as to defendant G.J.L., Incorporated.

DATED this 4th day of April, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE