# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

|  |  |
|---|---|
| BANK OF AMERICA, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION, | Case No. 2:16-cv-02765-APG-NJK |
| Plaintiffs, | **ORDER DISMISSING CASE** |
| v. |  |
| DECATUR MOUNTAIN VILLAS HOMEOWNERS ASSOCIATION, INC. and G.J.L, INCORPORATED, |  |
| Defendants. |  |

I recently granted a stipulation between the plaintiffs and defendant Decatur Mountain Villas Homeowners Association, Inc. that resolved the dispute between those parties. ECF No. 25. However, the stipulation did not refer to defendant G.J.L., Incorporated. The plaintiffs recently filed a report explaining that the dismissal should have included defendant G.J.L.

IT IS THEREFORE ORDERED that all claims against defendant G.J.L., Incorporated are dismissed. The clerk shall close this case.

DATED this 26th day of April, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE